

| | | |
|---|---|---|
| NEW YORK | FIRM and AFFILIATE OFFICES | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | NELSON STEWART | MIAMI |
| SILICON VALLEY | DIRECT DIAL: +1 212 404 8767 | BOCA RATON |
| SAN DIEGO | PERSONAL FAX: +1 212 253 4037 | PITTSBURGH |
| LOS ANGELES | E-MAIL: NMStewart@duanemorris.com | NORTH JERSEY |
| BOSTON | | LAS VEGAS |
| HOUSTON | www.duanemorris.com | CHERRY HILL |
| DALLAS | | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

June 13, 2025

VIA ECF AND EMAIL:

William P. Nolan, ESQ.
666 Old Country Road
Suite 207
Garden City, NY 11530
516-280-6633
Fax: 516-977-1977
Email: wpnesq@gmail.com
*Attorney for Plaintiff Dianna Dalton*

      Re:    ***Dianna Dalton v. TD Bank, N.A.***, Case No. 1:25-cv-01164-RER-VMS
             <u>Defendant TD Bank NA's Motion to Dismiss</u>

Dear Counsel,

     As you know we represent Defendant TD Bank, N.A. ("TD Bank") in the above referenced action. Enclosed please find a copy of TD Bank's Notice of Motion to Dismiss the Complaint of Plaintiff Dianna Dalton pursuant to Fed. R. Civ. P 8(a)(2) and Fed. R. Civ. P 12(b)(6), TD Bank's Memorandum of Law, and the Declaration Nelson M. Stewart with Exhibits A and B annexed thereto (collectively, the "Motion").

     Pursuant to Rule IV(B)(3)(a) of the Hon. Ramon E. Reyes, Jr.'s Individual Practice Rules, this cover letter will be filed electronically with the Court. Rule IV(B)(3)(a) requires the parties to file their moving papers when the Motion is fully briefed.

                                           Very truly yours,

                                           Nelson M. Stewart

NMS